UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3146**

Case Title: **Darrell Bryant** vs. **United States**

List all clients you represent in this appeal:

**United States of America**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☑ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Kenneth F. Affeldt**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Mary Beth Young**   Signature: s/ **Mary Beth Young**

Firm Name: **United States Attorney's Office**

Business Address: **303 Marconi Blvd., Suite 200**

City/State/Zip: **Columbus, Ohio 43215**

Telephone Number (Area Code): **614-469-5715**

Email Address: **mary.beth.young@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---