UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Appeal No.:** 24-3146

**Case Title:** Darrell Bryant vs. USA

List all clients you represent in this appeal:

Darrell Bryant

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Edward Fadel**

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** Emmett E. Robinson    **Signature:** s/ Emmett E. Robinson

**Firm Name:** Robinson Law Firm LLC

**Business Address:** 6600 Lorain Ave #731

**City/State/Zip:** Cleveland, OH 44102

**Telephone Number (Area Code):** (216) 505-6900

**Email Address:** erobinson@robinsonlegal.org

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---